**WILSON TURNER KOSMO LLP**
JENNIFER C. ARNOLD (253065)
JONNA D. LOTHYAN (298650)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: jarnold@wilsonturnerkosmo.com
E-mail: jlothyan@wilsonturnerkosmo.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL PARK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, a California Corporation; and DOES 1 - 50, inclusive, <br><br> Defendants. | Case No. <br><br> **DECLARATION OF JONNA D. LOTHYAN IN SUPPORT OF DEFENDANT BMW OF NORTH AMERICA, LLC'S REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, and 1446** <br><br> Complaint Filed: February 14, 2022 |

I, Jonna D. Lothyan, declare:

1. I am an attorney duly licensed to practice in the State of California and an associate at the law firm of Wilson Turner Kosmo LLP. I am one of the attorneys of record for Defendant BMW of North America, LLC ("BMW NA"). I have personal knowledge of the facts contained in this declaration, and if called upon to testify I would and could do so as set forth herein.

2. On February 14, 2022, Plaintiff DANIEL PARK ("Plaintiff") filed a civil action in the Superior Court of the State of California, County of Los Angeles, entitled *Daniel Park v. BMW of North America, LLC*, Case No. 22STCV05495 (the "Complaint"). Based on the Complaint, Plaintiff resides in Los Angeles, California. The only named defendant in the Complaint is BMW NA. Plaintiff asserts breach of

-1-    Case No.

warranty claims against BMW NA, which stem from Plaintiff's lease of a new 2018 BMW 740i, VIN WBA7E2C56KB216944 (the "Subject Vehicle").  A true and correct copy of Plaintiff's Summons, Complaint and other documents served on BMW NA are attached hereto as **Exhibit A**.

      3.    On February 16, 2022, Plaintiff personally served BMW NA through its agent for service of process.  On March 10, 2022, Defendant BMW NA timely filed and served its Answer to the Complaint in the Los Angeles Superior Court. A true and correct copy of BMW NA's Answer is attached hereto as **Exhibit B.**

      4.    BMW NA, at the time this action was commenced, was and still is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in the State of New Jersey, and was not and is not organized under the laws of the State of California, wherein this action was brought. The sole member of BMW NA is BMW (US) Holding Corp., which was and still is organized under the laws of the State of Delaware, with its principal place of business in the State of New Jersey, and was not and is not organized under the laws of the State of California, wherein this action was brought.

      5.    Plaintiff's Complaint does not plead the total amount in controversy. According to Plaintiff's Complaint, Plaintiff seeks restitution in an amount equal to the actual price paid or payable by Plaintiff and collateral charges, such as sales tax, license fees, registration fees and other official fees. Additionally, Plaintiff seeks a civil penalty amounting to two times Plaintiff's total damages, pursuant to Civil Code section 1794(c). BMW NA therefore must produce evidence to establish that the aggregate amount in controversy exceeds $75,000 in order to remove this case.

      6.    On or about January 31, 2019, Plaintiff signed the Motor Vehicle Lease Agreement (Closed End) - California ("Lease Agreement") for the Subject Vehicle.  I am informed and believe that a true and correct copy of the Lease Agreement for Plaintiff's lease of the Subject Vehicle is attached hereto as **Exhibit C.**

7. Based on the Lease Agreement, Plaintiff was obligated to pay $13,200.00 at signing and $849.00 a month starting on January 31, 2019 for 36 months. The aggregate of these numbers combined with other costs (e.g., consequential damages) constitutes a statutory repurchase under Song-Beverly. The Lease Agreement states the total amount of the payments is 37,315.00. This is the amount paid for the Subject Vehicle, not including attorney's fees, costs, and consequential damages.

8. Based on the Lease Agreement, Plaintiff's alleged actual damages are at least $37,315.00. And, based on the amount of Plaintiff's alleged actual damages (at least $37,315.00), the maximum civil penalty in this case would be approximately $74,630.00. The aggregate of Plaintiff's actual damages and a maximum civil penalty would entitle Plaintiff to $111,945.00.

9. Wilson Turner Kosmo LLP has extensive experience litigating consumer and product liability lawsuits throughout California in both state and federal courts. My firm has represented several manufacturers in cases involving violations of the Song-Beverly and the Magnuson-Moss Warranty Act ("Magnuson-Moss"). Specifically, we have represented vehicle manufacturers in more than 3,000 of such lawsuits.

10. Song-Beverly and Magnuson-Moss allow for recovery of attorney's fees and costs to the prevailing party pursuant to California Civil Code section 1794, subdivision (d). In Wilson Turner Kosmo LLP's experience litigating such cases, plaintiff's counsel routinely seeks attorney's fee awards based on an hourly fee of $500, and the total amount of attorney's fees in warranty matters brought pursuant to Song-Beverly and Magnuson-Moss regularly exceed $15,000. Based on Plaintiff's actual damages, a two-time civil penalty, and the fact that attorney's fees in warranty cases typically exceed $15,000, this case easily exceeds the $75,000 amount in controversy requirement.

11. A true and correct copy of all other process, pleadings, and orders served in this action at the time of this removal and known to BMW NA are attached hereto

with the Summons and Complaint as **Exhibit A**.  I am informed and believe that no other process, pleadings, or orders have been filed, served, or received by BMW NA in this case. Pursuant to 28 U.S.C. Section 1446(a), and to the best of BMW NA's knowledge, Exhibit A constitutes all the process, pleadings, and orders served in this action at the time of this removal.

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 16th day of March, 2022, pursuant to the laws of the United States of America and the State of California, at San Diego, California.

            */s/ Jonna D. Lothyan*
            JONNA D. LOTHYAN